```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10   CECIL TOWNSEND, JR.,          )   NO. CV 08-5480-DOC(CT)
                                   )
11              Petitioner,        )
                                   )   JUDGMENT
12          v.                     )
                                   )
13   HEDGPETH,                     )
                                   )
14              Respondent.        )
                                   )
15   _____)
16
17       IT IS HEREBY ADJUDGED that the petition is dismissed without
18   prejudice.
19   DATED: August 27, 2008
20                                 /s/ David O. Carter
                                   _____
21                                 DAVID O. CARTER
                                   UNITED STATES DISTRICT JUDGE
22
```